IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY GLAUSER                              :
    Plaintiff,

v.                                           :         CIVIL ACTION
                                                       NO. 16-3812
IP LAW GROUP, P.C. d/b/a
PATENT LAWYER USA;                           :
DREW ALIA; and,
MARK GOLDSTEIN
    Defendants.                              :

**ORDER**

AND NOW, this 14th day of September, 2016, it is hereby ORDERED that Defendant Drew Alia's[1] Motion to Dismiss (Doc. No. 2) is DENIED by reason of Plaintiff's subsequently-filed Amended Complaint (Doc. No. 3).

BY THE COURT:

/s/ C. Darnell Jones, II   J.

---

[1] Defendant Drew Alia has filed the instant Motion seeking to have all of Plaintiff's claims against all Defendants dismissed. Mr. Alia, a Pennsylvania attorney whose suspension from the practice of law by the Pennsylvania Disciplinary Board remains in effect as of this date, submits the motion *pro se* but entitles same "Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction." (Doc. No. 2) Clearly, Mr. Alia is prohibited from representing the other defendants herein on either a *pro se* basis, or as their attorney. *See Johnson v. Marberry*, 549 F. App'x 73, 75 (3d Cir. 2013) (prohibiting pro se litigant from seeking relief on behalf of anyone other than herself) (citing 28 U.S.C. § 1654).