AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-3812

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Goldstein
was received by me on *(date)* July 29, 2016.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sandy Wysocki, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* Mark Goldstein 1518 Walnut St., Phila., PA 19102, 15th Floor on *(date)* August 8, 2016 ; or @ 3:30pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: August 10, 2016

*Server's signature*

Joel Barnes Process Server
*Printed name and title*

Court House Legal Services Inc.
1420 Walnut St.
Suite 1218
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-3812

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* IP Law Group P.C. dba Patent Lawyer USA
was received by me on *(date)* 7/29/2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sandy Wysocki, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* IP Law Group PC dba Patent Lawyer USA, 1518 Walnut St., Phila. PA on *(date)* August 8, 2016 @ 3:00pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: August 10, 2016

Server's signature

Joel Barnes, Process Server
Printed name and title

Court House Legal Services Inc.
1420 Walnut St.
Suite 1218
Philadelphia, PA 19102
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-3812

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Drew Alia

was received by me on *(date)* July 29, 2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sandy Wysocki, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* Drew Alia 1518 Walnut St. Phila, PA 19102, 15th Floor on *(date)* Aug. 8, 2016 ; or @ 3:00pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: Aug 10, 2016

*Server's signature*

Joel Barnes, Process Server
*Printed name and title*

Court House Legal Services Inc.
1420 Walnut St.
Suite 1218
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc: