# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY GLAUSER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 16-cv-3812** |
| | : | |
| **IP LAW GROUP, P.C., et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   21st   day of June 2017, upon consideration of Defendant, Mark Goldstein's Motion to Dismiss Plaintiff's Complaint (ECF No. 35), **IT IS HEREBY ORDERED** that the Motion is **DENIED as MOOT**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge