IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY GLAUSER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 16-cv-3812 |
| | : | |
| **IP LAW GROUP, P.C., et al.,** | : | |
| **Defendants.** | : | |

### O R D E R

AND NOW, this __4TH__ day of January, 2018, upon consideration of Plaintiff's Motion to Enforce the Settlement Agreement between Plaintiff and Defendants (ECF No. 41), it is hereby **ORDERED** that Defendants shall file a response to said motion **within fourteen (14) days** of the date of this Order.[1]

BY THE COURT:

_/s/ Lynne A. Sitarski_
**LYNNE A. SITARSKI**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Defendants shall specifically address, *inter alia,* the enforceability of the settlement agreement as to Defendant Alia.