IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY GLAUSER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 16-cv-3812 |
| | : | |
| **IP LAW GROUP, P.C., et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __6th__ day of July, 2018, it is hereby **ORDERED** that a Rule to Show Cause why the Motion of Stanley Ellenberg to Withdraw as Counsel for Mark Goldstein (ECF No. 45) should not be granted has been scheduled for Monday, July 16, 2018 at 4:00 P.M. in Courtroom 3E.  Mr. Ellenberg, Esquire, shall cause this Order to be served on Mark Goldstein, at his last known address.[1]  In the event that Mr. Goldstein fails to appear on July 16, 2018, Mr. Ellenberg shall be prepared to provide the Court with an Affidavit of Service.

BY THE COURT:

/s/ Lynne A. Sitarski
**LYNNE A. SITARSKI**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Mr. Ellenberg's Motion to Withdraw states that he "entered his appearance for Defendant, Mark Goldstein, only[.]" (Mot. to Withdraw ¶ 1, ECF No. 45).  However, Mr. Ellenberg filed an Answer to Plaintiff's Amended Complaint on behalf of IP Law Group, P.C. (ECF No. 34), and the docket reflects that he also represents that party.  Mr. Ellenberg shall serve Mr. Goldstein in his personal and representative capacity.  (*See* First Am. Compl. ¶ 4, ECF No. 3) ("Defendant Goldstein . . . is an individual, principal, and managing partner of Defendant IP Law Group.").