**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY GLAUSER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 16-cv-3812** |
| | : | |
| **IP LAW GROUP, P.C., et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

    **AND NOW**, this __2ND__ day of August, 2018, it is hereby **ORDERED** that a Rule to Show Cause why the Motion of Stanley Ellenberg to Withdraw as Counsel for IP Law Group, P.C. (ECF No. 53) should not be granted has been scheduled for Thursday, August 9, 2018, at 4:30 P.M. in Courtroom 3E.  Mr. Ellenberg, Esquire, shall cause this Order to be served on Drew Alia, in his representative capacity, at his last known address.[1]  In the event that Mr. Alia fails to appear on August 9, 2018, Mr. Ellenberg shall be prepared to provide the Court with an Affidavit of Service.

                          **BY THE COURT:**

                          ___/s/ Lynne A. Sitarski_____
                          **LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE**

---

[1]  Mr. Ellenberg represented to this Court at the July 16, 2018 hearing that Defendant Alia is the principal of IP Law Group, P.C.