# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY GLAUSER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 16-cv-3812 |
| | : | |
| **IP LAW GROUP, P.C., et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this  10th  day of August, 2018, upon consideration of Mr. Ellenberg's Motion for Leave of Court to Withdraw as Counsel for Mark Goldstein (ECF No. 45), and the Court having conducted a hearing on July 16, 2018, at which Mark Goldstein failed to appear, it is hereby **ORDERED** that the Motion is **GRANTED**. Mr. Ellenberg and his firm, Law Offices of Stanley J. Ellenberg, Esq., P.C., are discharged as counsel to Mr. Goldstein.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to update the docket to reflect Mark Goldstein's *pro se* status, unless and until he retains new counsel, with a mailing address as follows:

> Mark Goldstein
> 1518 Walnut Street, Suite 1516
> Philadelphia, PA 19102[1]

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Based on Mr. Ellenberg's representations at a subsequent hearing on August 9, 2018, this address appears to be defunct. Nonetheless, it is a party's burden to keep his whereabouts known.